IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARVIN FRANK HALL, #1259577 | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv167 |
| DIRECTOR, TDCJ | § | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petition should be dismissed without prejudice as successive. Petitioner has not filed objections. The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the petition for writ of habeas corpus is **DENIED** without prejudice. It is also

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 15th day of April, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE